315 So.2d 138

**In re David Wayne VERNON alias**

v.

**STATE.**

**Ex parte David Wayne Vernon.**

**SC 1336.**

Supreme Court of Alabama.

July 3, 1975.

Mark B. Polson, Birmingham, for petitioner.

None for respondent.

JONES, Justice.

Petition of David Wayne Vernon for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Vernon, alias v. State, 55 Ala.App. 341, 315 So.2d 137.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.

318 So.2d 346

**In re Cleveland WATERS**

v.

**STATE.**

**Ex parte Cleveland Waters.**

**SC 1400.**

Supreme Court of Alabama.

Sept. 4, 1975.

Myron K. Allenstein, Gadsden, for petitioner. No appearance for the state.

EMBRY, Justice.

Petition of Cleveland Waters for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Waters v. State, 55 Ala.App. 646, 318 So.2d 342.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.